RECEIVED

JAN - 7 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| EMILE DANIEL RICHARD<br>LA. DOC #598267<br>VS. | CIVIL ACTION NO. 6:15-cv-1829<br><br>SECTION P<br><br>JUDGE REBECCA F. DOHERTY |
| WARDEN TERRY TERRELL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this _____ day of ___January___, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE